

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-23-00235-CR

The **STATE** of Texas,
Appellant

v.

Adam **CHAVEZ**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 13840CR
Honorable Dennis Powell, Judge Presiding

PER CURIAM

Sitting:     Irene Rios, Justice
             Beth Watkins, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: April 10, 2024

DISMISSED

Appellant, the State of Texas, has filed a motion to dismiss this appeal in compliance with

Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). No opinion has issued.

Accordingly, we grant the motion and dismiss this appeal. *See id*. We dismiss any other

pending motions as moot.

PER CURIAM